**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE KHACHATURIAN, an individual, on behalf of herself, other current and former aggrieved employees, and the State of California, as a private attorneys general,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LIVHOME, INC., a Delaware corporation; and DOES 1 through 25, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-08924-PA-JPR<br>**Honorable Judge Percy Anderson**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |

　　The court **GRANTS** the parties' joint stipulation pursuant to rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE.  The above captioned case is **DISMISSED**.   The clerk of the Court shall terminate the case.  **IT IS SO ORDERED.**

Dated:  November 03, 2020

BY:_____
　　　　　　　Percy Anderson
　　　United States District Judge